IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | * |
| vs. | *   Cr. No. 1:06CR66-MEF |
| | * |
| | * |
| WILLIAM CURTIS CHILDREE | * |
| | * |
| Defendant. | * |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as counsel for William Childree, in the above-styled cause.

Kindly send all notices to undersigned counsel via electronic means, or to the address noted below.

Respectfully submitted,

_____
Stephen R. Glassroth (GLA005)
Attorney for William Childree

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 South McDonough Street
Post Office Box 910
Montgomery, Alabama 36102-0910
(334) 263-9900
(334) 263-9940 - FAX
srg@glassrothlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following by placing a copy of the same in the United States Mail, properly addressed and postage prepaid or by hand delivery on this the 15 day of March, 2006.

    Mr. Shaun Palmer.
    United States Department of Justice
      Public Integrity Section
    Tenth Street & Constitution Ave., N.W.
    Washington, DC 20530

_____
OF COUNSEL