IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * |
| | *  Cr. No. 1:06CR66-MEF |
| | * |
| WILLIAM CURTIS CHILDREE | * |
| | * |
| Defendant. | * |

## DEFENDANT WILLIAM CURTIS CHILDREE'S WAIVER OF RIGHT TO SPEEDY TRIAL

Defendant William Childree hereby sets forth the following as his waiver of his right to a speedy trial, protected under the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. § 3161, et seq.:

1. Defendant William Childree has received an explanation of his right to a speedy trial protected by both the Sixth Amendment to the United States Constitution and by the Speedy Trial Act, 18 U.S.C. § 3161, et seq., and certifies by his signature that he understands those rights. Defendant Childree believes that it is in his best interest to waive each of those rights, in order that he and his counsel have sufficient time to prepare his defense.

2. Defendant Childree waives the amount time which he otherwise might or could allege should be counted against the government with respect to his right to speedy trial, both constitutional and statutory, as may be necessary in order for the trial to be conducted at such later time as may be scheduled by the Court.

_____
William C. Childree

_[signature]_
Stephen R. Glassroth (GLA005)
Attorney for William Childree

OF COUNSEL:

THE GLASSROTH LAW FIRM, P.C.
615 South McDonough Street
Post Office Box 910
Montgomery, Alabama 36102-0910
(334) 263-9900
(334) 263-9940 - FAX
srg@glassrothlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on the following by placing a copy of the same in the United States Mail, properly addressed and postage prepaid or by hand delivery on this the 15th day of March, 2006.

Mr. Shaun Palmer
United States Department of Justice
   Public Integrity Section
Tenth Street & Constitution Ave., N.W.
Washington, DC 20530

_[signature]_
OF COUNSEL