**COURTROOM DEPUTY'S MINUTES**  DATE: 3-15-2006
**MIDDLE DISTRICT OF ALABAMA**  DIGITAL RECORDING: 10:14 - 10:19 am
COURT REPORTER: 10:20 - 10:33 am

✓ **ARRAIGNMENT**   ☐ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NUMBER: 1:06cr66-MEF   DEFENDANT NAME: William Curtis CHILDREE
AUSA:   DEFENDANT ATTORNEY: Steve Glassroth
Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO: Thweatt/Martin
Interpreter present? (✓)NO; ( )YES   Name: Notice given

✓ This is defendant's **FIRST APPEARANCE.**
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:   ✓ Not Guilty
   ☐ Guilty as to:
      ☐ Count(s):
      ☐ Count(s):   ☐ dismissed on oral motion of USA
            ☐ to be dismissed at sentencing
☐ Written plea agreement filed   ☐ ORDERED SEALED
✓ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:   ✓ WAIVER OF SPEEDY TRIAL filed.
   DISCOVERY DISCLOSURE DATE: 3-27-06
✓ ORDER: Defendant continued under ~~bond~~; ☐ summons; for:
   ✓ Trial on _____; ☐ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on 7-11-06; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel