IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-66-MEF |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| and WILLIAM CURTIS CHILDREE | ) | |
| | ) | |

### ORDER ON MOTION

For good cause shown, and pursuant to the court's independent conference – with Mary Cradlin, the assigned representative for the Department of Justice, in order to clarify matters relating to necessary security clearances prior to discovery of classified information in this case, it is

**ORDERED** that *Defendants' Joint Motion to Stay All Proceedings Relating to Classified Information* (Doc. 21, April 25, 2006) is GRANTED to the extent that deadlines and the pretrial conference set in the April 12, 2006, *ORDER* are cancelled and pending necessary security clearances, the court hereby STAYS any disclosures and other activities relating to classified information and the Classified Information Procedures Act.

DONE THIS 26TH DAY OF APRIL, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE