IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr66MEF |
| | ) | |
| JEFFREY HOWARD STAYTON and | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Mariclaire Rourke, and enters her notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 25th day of May, 2006.

> John J. Dion, Chief
> Counterespionage Section
>
> /s/Mariclaire Rourke
> MARICLAIRE ROURKE
> Trial Attorney
> U.S. Department of Justice
> Criminal Division
> Counterespionage Section
> 10th & Constitution Avenue
> Washington, D.C. 20530
> Phone: (202) 514-1187
> FAX: (202) 514-2836
> Email: mariclaire.rourke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:06cr66-MEF</u> |
| | ) | |
| JEFFREY HOWARD STAYTON and | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Stephen R. Glassroth, Esq., and Joseph P. Van Heest, Esq.

Respectfully submitted,

John J. Dion, Chief
Counterespionage Section

/s/Mariclaire Rourke
MARICLAIRE ROURKE
Trial Attorney
U.S. Department of Justice
Criminal Division
Counterespionage Section
10th & Constitution Avenue
Washington, D.C. 20530
Phone: (202)514-1187
FAX: (202) 514-2836
Email: mariclaire.rourke@usdoj.gov