IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                      ) | Case No. 1:06CR66-MEF |
| ) | |
| WILLIAM CURTIS CHILDREE, and ) | |
| JEFFREY HOWARD STAYTON    ) | |

**JOINT MOTION TO CONTINUE TRIAL**

COME NOW, the undersigned counsel, Joseph P. Van Heest, on behalf of defendant Jeffrey Howard Stayton; Stephen R. Glassroth, on behalf of defendant William Curtis Childree; and Shaun M. Palmer, Matthew C. Solomon, and Mariclaire Rourke, on behalf of the United States, and, pursuant to the Court's June 6, 2006 Order (Dkt #26) hereby file this Joint Motion to Continue Trial.  In support of this motion, the parties state the following:

1. This case arises from a five-count indictment returned March 1, 2006, alleging various violations of federal law under Title 18, United States Code.

2. The government alerted the Court and the defense early on that, pursuant to the Classified Information Procedures Act, Court personnel and the defense would be required to obtain security clearances before certain discovery could be disclosed.

3. Since the initial discovery was provided to the defense, the government has, on two occasions, directed the return of discovery which was not classified when disclosed to the defense but has since been classified.

4. While the process of obtaining security clearances proceeds, the defense will be unable to obtain discovery and be unable to provide the representation necessary and

required pursuant to the Sixth Amendment to the United States Constitution until the security clearances are obtained.

5. The Court held a June 2, 2006 telephone conference to address the pending deadlines and the status of discovery and security clearances. At the end of the telephone conference, the Court directed the parties to engage in discussions with an eye toward determining a trial date which the parties believe will be set off sufficiently to allow the discovery procedures to process.

6. The parties engaged in the discussions directed by the Court and have determined that the case can likely be ready for trial on the criminal trial term beginning June 4, 2007.

7. The defendants expect to file Waivers of their Right to Speedy Trial as soon as signatures can be obtained by the defendants.

WHEREFORE, for the reasons set forth above, the defense and the United States hereby jointly request that this Honorable Court set the matter for trial on the term beginning June 4, 2007, and set all pretrial deadlines accordingly.

Respectfully submitted,

On behalf of the defense:

| | |
|---|---|
| s/Joseph P. Van Heest | s/Stephen R. Glassroth |
| JOSEPH P. VAN HEEST | STEPHEN R. GLASSROTH |
| Counsel for Defendant Stayton | Counsel for Defendant Childree |
| AL Bar Code: VAN026 | AL Bar Code: GLA005 |
| Law Office of Joseph P. Van Heest, LLC | Glassroth Law Firm, P.C. |
| Post Office Box 4026 | 615 South McDonough Street |
| 402 South Decatur Street | Post Office Box 910 |
| Montgomery, AL 36103-4026 | Montgomery, AL 36101-0910 |
| Phone: (334) 263-3551 | Phone: (334) 263-9900 |
| Fax: (334) 263-3227 | Fax: (334) 263-9940 |
| Email: jpvanheestcours@bellsouth.net | Email: srg@glassrothlaw.com |

On behalf of the United States:

| | |
|---|---|
| Andrew C. Lourie<br>Acting Chief<br>Public Integrity Section | John J. Dion<br>Chief<br>Counterespionage Section |

BY:   s/Shaun M. Palmer  
      Shaun M. Palmer  
      Matthew C. Solomon  
      Counsel for the United States  
      Trial Attorneys  
      U.S. Department of Justice  
      Criminal Division  
      Public Integrity Section  
      10th & Constitution Avenues, NW  
      Washington, DC 20530  
      Phone:  (202) 514-1412  
      Fax: (202) 514-3003  
      email: shaun.palmer@usdoj.gov

s/Mariclaire Rourke  
Mariclaire Rourke  
Trial Attorney  
Counsel for the United States  
U.S. Department of Justice  
Counterespionage Section  
10th & Constitution Avenues, NW  
Washington, DC 20530  
Phone: (202) 514-1187  
email: mariclaire.rourke@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Shaun M. Palmer, Matthew C. Solomon, and Mariclaire Rourke, attorneys for the U.S. Department of Justice, and Stephen R. Glassroth, attorney for defendant William Curtis Childree.

    Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026