IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 1:06-CR-66-MEF |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. §§ 1343 and 1346 |
| vs. | : | Honest Services Wire Fraud |
| | : | |
| | : | 18 U.S.C. § 201 |
| | : | Bribery |
| JEFFREY HOWARD STAYTON and | : | |
| | : | 18 U.S.C. § 1503 |
| WILLIAM CURTIS CHILDREE, | : | Obstruction of Justice |
| | : | |
| Defendants. | : | |
| _____ | : | |

Government's Response to Joint Motion to Continue Trial

The United States of America has no objection to the Joint Motion to Continue Trial

(Doc. #27) filed by all parties in this case on June 28, 2006.  As set forth in the motion, all parties

are in agreement that trial of this matter during the Court's criminal term beginning June 4, 2007,

will provide sufficient time to allow Court personnel and defense counsel to obtain the legally-

required security clearances and briefings so that discovery in this case may proceed.


RESPECTFULLY SUBMITTED,


Brenda K. Morris                          Mariclaire Rourke
Acting Chief                              Trial Attorney
Public Integrity Section                  U.S. Department of Justice
                                          Criminal Division
**s/Shaun M. Palmer**                     Counterespionage Section
                                          10th St. & Constitution Ave., NW
BY:  _____              Washington, DC 20530
Shaun M. Palmer                           Phone: (202) 514-1187
Matthew C. Solomon                        Fax: (202) 514-2836
Trial Attorneys                           Email: mariclaire.rourke@usdoj.gov
U.S. Department of Justice
Criminal Division
Public Integrity Section
10th & Constitution Avenue
Washington, D.C. 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov


_____

## CERTIFICATE OF SERVICE

I hereby certify on this 6th day of July 2006, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.


RESPECTFULLY SUBMITTED,


Brenda K. Morris
Acting Chief
Public Integrity Section

**s/Shaun M. Palmer**

BY: _____
Shaun M. Palmer
Matthew C. Solomon
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
10th & Constitution Avenue
Washington, D.C. 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov

Mariclaire Rourke
Trial Attorney
U.S. Department of Justice
Criminal Division
Counterespionage Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1187
Fax: (202) 514-2836
Email: mariclaire.rourke@usdoj.gov