# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA     )
                                  )
    vs.                        )     Case No. 1:06CR66-MEF
                                  )
WILLIAM CURTIS CHILDREE     )

## WAIVER OF ACCUSED'S RIGHT TO SPEEDY TRIAL

The undersigned, William Curtis Childree, after being first advised of his right to a speedy trial, guaranteed by the Sixth Amendment of the United States Constitution, as well as the statutory right codified at 18 U.S.C. § 3161, hereby waives his right to a speedy trial for the term currently set for September 11, 2006, and all criminal jury trial terms set before the June 4, 2007, trial docket.  He agrees that his trial may be continued until the June 4, 2007, trial term.


_Wm. C. Childree_
WILLIAM CURTIS CHILDREE