IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-066-MEF |
| | ) | (WO) |
| WILLIAM CURTIS CHILDREE | ) | |
| JEFFREY HOWARD STAYTON | ) | |

## **ORDER**

This court is interested in protecting the interests of national security. At the same time, the court is mindful, as it must be, of the rights of the accused and the public to a speedy trial. The court has been informed by the Government that it has undertaken a process of reviewing certain documents and things which are potentially relevant to this case and classified due to their content. The court has been further informed by the Government that this review is expected to take three to four months. In light of these facts, it is hereby ORDERED that the Government is to provide to the court and to the Defendants monthly status reports on the status of the review of potentially secret materials relating to this case. The first such report shall be filed no later than **September 5, 2006**. The Government shall file a similar status report on the first Tuesday of every month until the review of the materials is complete.

DONE this the 19th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE