IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CASE NO. 1:06-cr-66-MEF |
| ) | |
| WILLIAM CURTIS CHILDREE ) | |

### CERTIFICATION IN RESPONSE TO COURT'S ORDER OF OCTOBER 6, 2006

On October 6, 2006, the Court entered an order which, *inter alia*, directed undersigned counsel to file a certification that he had completed all forms necessary for obtaining the requisite security clearance for purposes of the instant case. Counsel supplies the following in response to that order:

I hereby certify that on October 11, 2006, I sent completed Standard Form 86, Questionnaire for National Security Positions, Parts 1 and 2, all required releases and the fingerprint cards necessary for obtaining the requisite security clearance for purposes of this case, to the appropriate Government authority by placing them in the proper delivery envelope provided by the courier and depositing the properly addressed envelope containing the materials in a pick-up box maintained by FedEx for next day delivery to the appropriate Government authority.

Respectfully submitted,

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
The Glassroth Law Firm, P.C.

Post Office Box 910
Montgomery, Alabama 36101-0910
Phone (334) 263-9900
Fax (334) 263-9940
E-mail srg@glassrothlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
The Glassroth Law Firm, P.C.
Post Office Box 910
Montgomery, Alabama 36101-0910
Phone (334) 263-9900
Fax (334) 263-9940
E-mail srg@glassrothlaw.com