IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :     DOCKET NO. 1:06-CR-66-MEF |
| | : |
| vs. | : |
| | : |
| | : |
| JEFFREY HOWARD STAYTON and | : |
| | : |
| WILLIAM CURTIS CHILDREE, | : |
| | : |
| Defendants. | : |
| _____: | |

MOTION TO WITHDRAW COUNSEL

COMES NOW the United States by and through its undersigned counsel and hereby requests that the Court withdraw Matthew C. Solomon as counsel for the Government in the above-captioned matter. A Proposed Order is attached.

                                        RESPECTFULLY SUBMITTED,

                                        Edward C. Nucci
                                        Acting Chief
                                        Public Integrity Section

BY:  s/Matthew C. Solomon
       Matthew C. Solomon
       Shaun M. Palmer
       Trial Attorneys
       U.S. Department of Justice
       Criminal Division
       Public Integrity Section
       10th & Constitution Avenue
       Washington, D.C. 20530
       Phone: (202) 514-1412
       Fax: (202) 514-3003
       Email: shaun.palmer@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | DOCKET NO. 1:06-CR-66-MEF |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **ORDER**

Upon consideration, the Government's Motion to withdraw Matthew C. Solomon as counsel from the above-captioned matter is hereby GRANTED.

ORDERED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 22nd day of December 2006, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL 36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL 36104
(334) 263-3551

                                            RESPECTFULLY SUBMITTED,

                                            Edward C. Nucci
                                            Acting Chief
                                            Public Integrity Section

BY:   <u>s/Matthew C. Solomon</u>
       Matthew C. Solomon
       Shaun M. Palmer
       Trial Attorneys
       U.S. Department of Justice
       Criminal Division
       Public Integrity Section
       10th & Constitution Avenue
       Washington, D.C. 20530
       Phone: (202) 514-1412
       Fax: (202) 514-3003
       Email: shaun.palmer@usdoj.gov