IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | DOCKET NO. 1:06-CR-66-MEF |
| | : | |
| vs. | : | |
| | : | |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

MOTION FOR AN EXTENSION TO
FILE STATUS REPORT

COMES NOW the United States by and through its undersigned counsel and hereby requests a one-week extension to file the monthly Status Report ordered by the Court, which is now due on January 2, 2007. The Government requests the extension to accommodate the undersigned who has suffered a death in his family and will therefore be out of town and unavailable for the next several days, and co-counsel Mariclaire Rourke who will also be out of town and unavailable during the upcoming holiday period. Counsel for the United States

Matthew Solomon, who has recently filed a motion to withdraw from this case, will also be unavailable to prepare this report.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Edward C. Nucci<br>Acting Chief<br>Public Integrity Section<br><br>**s/Shaun M. Palmer**<br>BY: _____<br>Shaun M. Palmer<br>Matthew C. Solomon<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th & Constitution Avenue<br>Washington, D.C. 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>Criminal Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | DOCKET NO. 1:06-CR-66-MEF |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Upon consideration, the Government's Motion for an Extension to File Status Report is hereby GRANTED.

The Status Report must be filed no later than January 9, 2007.

ORDERED this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of December 2006, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL 36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL 36104
(334) 263-3551

                              RESPECTFULLY SUBMITTED,

                              Edward C. Nucci
                              Acting Chief
                              Public Integrity Section

BY:  s/Shaun M. Palmer
      Matthew C. Solomon
      Shaun M. Palmer
      Trial Attorneys
      U.S. Department of Justice
      Criminal Division
      Public Integrity Section
      10th & Constitution Avenue
      Washington, D.C. 20530
      Phone: (202) 514-1412
      Fax: (202) 514-3003
      Email: shaun.palmer@usdoj.gov