IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

**UNITED STATES' NOTICE OF APPEARANCE**

Comes now the undersigned Matthew L. Stennes, and enters his notice of appearance on behalf of the United States in the above-styled case.

Respectfully submitted this 22nd day of February, 2007.

Edward C. Nucci
Acting Chief
Public Integrity Section

BY: **s/Matthew L. Stennes**
_____
Matthew L. Stennes
Trial Attorney
Criminal Division
Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 307-2788
Fax: (202) 514-3003
Email: matthew.stennes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify on this 21st day of February 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
The Glassroth Law Firm, P.C.
615 South McDonough Street
Montgomery, AL  36101
(334) 263-9900

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

       Edward C. Nucci
       Acting Chief
       Public Integrity Section

       **s/Matthew L. Stennes**
BY:   _____
       Matthew L. Stennes
       Trial Attorney
       Criminal Division
       Public Integrity Section
       10th Street & Constitution Avenue, NW
       Washington, DC 20530
       Phone: (202) 307-2788
       Fax: (202) 514-3003
       Email: matthew.stennes@usdoj.gov