IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | |
| | : | DOCKET NO. 1:06-CR-66-MEF |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**MOTION TO MOVE PRETRIAL CONFERENCE**

On April 17, 2007, the Court issued an Order setting a pretrial conference in the above case for May 31, 2007 at 1:00 PM. For good cause, due to an attorney scheduling conflict, counsel for the United States respectfully moves this Court to reschedule the pretrial conference for **Thursday, May 24 at 10:00 AM.** Counsel for the Defendants do not oppose this motion.

A proposed Order is attached.

Dated: May 3, 2007

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division |
| **s/Matthew L. Stennes** | Counterespionage Section |
| BY: _____<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division<br>Public Integrity Section | 10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Email: mariclaire.rourke@usdoj.gov<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836 |

10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov
          matthew.stennes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | DOCKET NO. 1:06-CR-66-MEF |
| : | |
| JEFFREY HOWARD STAYTON and : | |
| : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

**ORDER**

For good cause, it is:

**ORDERED** that the pretrial conference originally scheduled for May 31, 2007 at 1:00 is hereby rescheduled for **Thursday, May 24 at 10:00 AM** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this _____ day of May, 2007.

_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify on this 3rd day of May 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
Office of the Federal Defender for the Middle District of Georgia
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

                                                     RESPECTFULLY SUBMITTED,

| William M. Welch II | Mariclaire Rourke |
|---|---|
| Chief | Trial Attorney |
| Public Integrity Section | U.S. Department of Justice |
|  | National Security Division |
| **s/Matthew L. Stennes** | Counterespionage Section |
| BY: _____ | 10th St. & Constitution Ave., NW |
| Shaun M. Palmer | Washington, DC 20530 |
| Matthew L. Stennes | Email: mariclaire.rourke@usdoj.gov |
| Trial Attorneys | Phone: (202) 514-1187 |
| Criminal Division | Fax: (202) 514-2836 |
| Public Integrity Section | |
| 10th Street & Constitution Avenue, NW | |
| Washington, DC 20530 | |
| Phone: (202) 514-1412 | |
| Fax: (202) 514-3003 | |
| Email: shaun.palmer@usdoj.gov | |
|        matthew.stennes@usdoj.gov | |