# DESIGNATION OF UNITED STATES JUDGE
# FOR SERVICE WITHIN THE CIRCUIT

The Honorable William S. Duffey, Jr., Northern District of Georgia, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the Middle District of Alabama to preside over Case No. 1:06cr66-MEF, <u>United States v. Stayton & Childree</u>.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign The Honorable William S. Duffey, Jr. to perform the duties of district judge in the United States District Court for the Middle District of Alabama for the disposition of the above-styled case.

*J. L. Edmondson*
Chief of the Eleventh

Dated: 21 June 2007