IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| JEFFREY HOWARD STAYTON | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**ORDER**

Upon consideration of the defendants' motion for protective order (doc. # 74), it is

ORDERED that this matter be and is hereby set for oral argument on July 31, 2007, at 3:00 p.m. This proceeding shall be conducted by telephone conference. The United States shall set up the telephone conference.

Done this 30th day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE