IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66 |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |
| _____ : | |

GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO COMPLETE
ITS ANALYSIS OF DEFENDANT'S NEWLY PRODUCED DOCUMENT

Comes now the United States of America, by and through its counsel, and with the consent of defense counsel, and respectfully moves this Court for additional time to complete its examination and testing of a newly produced document, and, in support, represents the following:

1. On July 17, 2007, counsel for William Childree ("Childree") provided the undersigned with copies of a document that purports to be a January 9, 2002 handwritten letter from Jeffrey Stayton ("Stayton") to Childree.

2. In a July 19, 2007 letter to counsel for Childree, the United States requested, pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A), that Childree provide it with the original letter, as well as any related materials, including the envelope in which the letter was allegedly received so that those materials could be examined and/or tested to determine their authenticity.

3.      Defendants filed a Motion for Protective Order on July 26, 2007, which sought "the Court's oversight to regulate the substance of the inspection so that once the document is given to the government it will assure that the document's original character is maintained." Defts. Mot. for Prot. Order at 2.

4.      On July 31, 2007, the United States filed its Opposition to Defendants' Motion for a Protective Order, arguing, among other things, that Defendants had failed to establish, in the first instance, why the document is not subject to the plain language of Rule 16(b)(1)(A) requiring disclosure of the original for inspection, and, secondarily, why good cause exists in this case to support the issuance of a protective order.

5.      After hearing oral arguments by the parties on August 1, 2007, the Court entered a protective order requiring, among other things, that the United States complete its testing and inspection of the document by no later than August 29, 2007.

6.      Defendants provided the original document to the United States on or about August 1, 2007, and the document was forwarded shortly thereafter to the relevant document examiner for analysis.

7.      The undersigned has learned that the testing of the document will not be completed by August 29, 2007, and that the document examiner who is conducting the analysis has requested an additional two weeks to complete his review. The United States has notified counsel for each defendant of the document examiner's request, and both counsel have consented to a two-week extension to allow the testing to be completed.

WHEREFORE, the government respectfully moves that the Court allow the United States until September 13, 2007, to complete its inspection and testing of the original document.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section |
| BY: **s/Shaun M. Palmer**<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th & Constitution Avenue<br>Washington, D.C. 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | 10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify on this 29th day of August 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
P.O. Box 996
Macon, GA 31202-0996
(478) 743-4747

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551

                                              RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section |
| BY: **s/Shaun M. Palmer**<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>U.S. Department of Justice<br>Criminal Division<br>Public Integrity Section<br>10th & Constitution Avenue<br>Washington, D.C. 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | 10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |