IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |

**GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM PRESENTING A PUBLIC-AUTHORITY DEFENSE**

Plaintiff, United States of America, by and through its counsel, respectfully submits this motion in limine to preclude defendants Jeffrey Stayton and William Childree from presenting a "public-authority" defense or otherwise arguing at trial that they lack culpability because they were simply following the orders or direction of one or more representatives of the United States government, and, in support thereof, submits the following:

1.  In its July 20, 2007 Order, this Court established a deadline of August 8, 2007, for the filing of "all notices under Federal Rules of Criminal Procedure 12.1, 12.2 and 12.3." Order of 7/20/07 at ¶ 2. Neither defendant filed any such notices by that date, including a Notice of Defense Based on Public Authority, as required by Rule 12.3.[1] Nor did either defendant seek

---

[1] In relevant part, Rule 12.3 provides that any defendant seeking to assert a defense of actual or apparent public authority on behalf of a federal agency "must so notify an attorney for the government in writing and must file a copy of the notice with the clerk within the time provided for filing a pretrial motion, or at any later time the court sets." Fed. R. Crim. P. 12.3(a)(1).

leave of the Court to file such a notice after this deadline.

2. On September 19, 2007, during a telephonic conversation with the government, counsel for both defendants stated that they do not intend to assert a public-authority defense at trial.

3. Nevertheless, in their Notice of Intention to Disclose Classified Information filed on August 31, 2007, pursuant to Section 5(a) of the Classified Information Procedures Act ("CIPA"), defendants state that they may seek to call certain witnesses from one or more federal agencies to provide testimony concerning interactions between those witnesses and defendants. See, e.g., Notice at ¶¶ 3-7.

4. After reviewing defendants' Section 5 notice, the government is concerned that, notwithstanding defense counsel's failure to provide the required notice of a public-authority defense, defendants intend to elicit testimony suggesting the official authorization of their criminal actions without calling the defense by its legally recognized name and after having failed to comply with statutory and court-ordered disclosure requirements.

5. Defendants should not be permitted to achieve through Section 5 of CIPA what they failed to do properly in accordance with the rules established by the Court and the Federal

Rules of Criminal Procedure.

      6.    Accordingly, defendants should be prohibited from presenting such a defense at trial.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division |
| BY: s/ Shaun M. Palmer<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division, Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov<br>      matthew.stennes@usdoj.gov | Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |
| _____: | |

## **ORDER**

THIS MATTER COMING before this Court on the government's Motion *in Limine* to Preclude Defendants from Presenting a Public-Authority Defense, good cause having been shown,

IT IS HEREBY ORDERED that the government's motion *in limine* is GRANTED;

IT IS FURTHER ORDERED that defendant Jeffrey Stayton is precluded from presenting a "public-authority" defense or otherwise arguing at trial that he lacks culpability because he was simply following the orders or direction of one or more representatives of the United States government;

IT IS FURTHER ORDERED that defendant William Childree is precluded from presenting a "public-authority" defense or otherwise arguing at trial that he lacks culpability because he was simply following the orders or direction of one or more representatives of the United States government.

IT IS SO ORDERED this ___ day of October, 2007.

_____
William S. Duffey
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of September 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
P.O. Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section |
| BY:  s/Shaun M. Palmer<br>       Shaun M. Palmer<br>       Trial Attorney<br>       Criminal Division<br>       Public Integrity Section<br>       10th Street & Constitution Avenue, NW<br>       Washington, DC 20530<br>       Phone: (202) 514-1412<br>       Fax: (202) 514-3003<br>       Email: shaun.palmer@usdoj.gov | 10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |