IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | |
| | : | DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and | : | |
| | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS'
ADMISSION INTO EVIDENCE OF HEARSAY**

Plaintiff, United States of America, by and through its counsel, respectfully submits this motion in limine to preclude the use of and admission by defendants Jeffrey Stayton ("Stayton") and William Childree ("Childree") of a letter that purports to have been written by Stayton to Childree in January 2002 concerning the bribe payment at issue in this case. In support thereof, the United States submits the following:

1.  On July 17, 2007, counsel for Childree provided the undersigned with copies of a document that purports to be a January 9, 2002 handwritten letter ("the Letter") from Stayton to Childree.[1]  (Appendix A.)  In the Letter, Stayton characterizes as a loan the $61,071.75 payment

---

[1] The United States has previously set forth for the Court the suspicious circumstances concerning the late disclosure of the Letter by Defendants after having been compelled by Court order and numerous subpoenas to do so.  See Govt. Opp. to Defts.' Mot. for Prot. Order (filed Aug. 31, 2007), at ¶ 3 (Appendix B.).  While the testing conducted by the government was inconclusive with respect to when precisely the document was created, the government nonetheless has serious concerns about the authenticity of the document.

that he received from Childree.

2. Even assuming that defendants can properly authenticate the Letter, it remains inadmissible hearsay. See Fed. R. Evid. 801(c) (defining hearsay as "a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted").

3. No exceptions to the hearsay rule articulated at Rule 801 apply to allow admission of the Letter.

4. The United States recognizes that the Letter's only arguably admissible use at trial would be as a prior consistent statement if and only if Stayton testifies at trial and his credibility on this issue is challenged. Fed. R. Evid. 801(d)(1). But see United States v. Drury, 396 F.3d 1303, 1316 (11th Cir. 2005) (noting that "prior consistent statements are treated as admissible non-hearsay only if they are offered to rebut a specific allegation of recent fabrication, not to rehabilitate credibility that has been generally called into question" (emphasis in original)). In no case, however, may defendant Childree properly admit the Letter—even if he chooses to testify at trial—as he is not the declarant and thus falls outside of the scope of Rule 801(d)(1).

5. Accordingly, defendants should be prohibited from admitting or otherwise using

the Letter as substantive evidence at trial.

RESPECTFULLY SUBMITTED,

|  | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section<br><br>BY:  s/ Shaun M. Palmer<br>    Shaun M. Palmer<br>    Matthew L. Stennes<br>    Trial Attorneys<br>    Criminal Division, Public Integrity Section<br>    10th Street & Constitution Avenue, NW<br>    Washington, DC 20530<br>    Phone: (202) 514-1412<br>    Fax: (202) 514-3003<br>    Email: shaun.palmer@usdoj.gov<br>         matthew.stennes@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | |
| : | DOCKET NO. 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and : | |
| WILLIAM CURTIS CHILDREE, : | |
| Defendants. : | |
| _____: | |

## **ORDER**

THIS MATTER COMING before this Court on the government's Motion *in Limine* to Preclude Defendants' Admission Into Evidence of Hearsay, good cause having been shown,

IT IS HEREBY ORDERED that the government's motion *in limine* is GRANTED;

IT IS FURTHER ORDERED that defendant Jeffrey Stayton is precluded from admitting or otherwise using as substantive evidence at trial a handwritten letter that purports to have been written by Stayton to defendant Childree in January 2002, unless and until Stayton testifies at trial, is subject to cross-examination concerning one or more statements contained within the letter, and the letter is offered to rebut an express or implied charge against Stayton of recent fabrication or improper influence or motive;

IT IS FURTHER ORDERED that defendant William Childree is precluded from admitting or otherwise using as substantive evidence at trial the aforementioned letter.

IT IS SO ORDERED this ___ day of October, 2007.

_____
William S. Duffey
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify on this 24th day of September 2007, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
P.O. Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551.

                                                            RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section<br><br>BY:  s/Shaun M. Palmer<br>       Shaun M. Palmer<br>       Trial Attorney<br>       Criminal Division<br>       Public Integrity Section<br>       10th Street & Constitution Avenue, NW<br>       Washington, DC 20530<br>       Phone: (202) 514-1412<br>       Fax: (202) 514-3003<br>       Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |