# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

TO: Jeffrey H. Stayton

## SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:

☐ PERSON   ☒ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| U.S. Courthouse<br>One Church Street<br>Montgomery, Alabama | |
| | DATE AND TIME<br>April 19, 2005<br>10:00 A.M. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

See Attachment.

In lieu of a personal appearance before the Grand Jury, this subpoena may be complied with be delivering the subpoenaed documents on or before the appearance date to Special Agent Jennifer Bryan, Field Investigative Unit-USACIDC, 7701 Telegraph Road, Building 2591, Alexandria, VA 22315.

☐ *Please see additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| Clerk<br>DEBRA P. HACKETT | DATE<br>3/24/05 |
|---|---|
| (BY) DEPUTY CLERK *[signature]* | |
| This subpoena is issued on application of the United States of America<br>04-0139 | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>J.B. Perrine<br>Post Office Box 197<br>Montgomery, AL 36101-0197<br>(334) 223-7280 |

If not applicable, enter "none"

## ATTACHMENT TO SUBPOENA

Jeffrey Howard Stayton
Army Test and Evaluation Command
4501 Ford Avenue
Alexandria, VA 22302

You are commanded to bring with you any and all:

1. Documents and tangible objects that relate to William Curtis Childree, any of the Maverick companies, or any agents or employees thereof;

2. Documents and tangible objects that relate to Contract Number DATMO5-02-C-0005, including, but not limited to, all documents relating to the drafting, solicitation, administration, and execution of the Contract, and/or any matters involving money received, used, or allocated in connection with the Contract;

3. For 1999 to the present, documents and tangible objects regarding Stayton's business dealings and financial transactions, including any payments of or toward Stayton's home mortgage or other debts;

4. Documents and tangible objects that relate to Cheryl Cretin and/or Edwin Guthrie;

5. For 1999 to the present, appointment books, daily diaries, travel schedules, calendars, phone books, telephone bills and other such documents and tangible objects;

6. For 1999 to the present, documents and tangible objects pertaining to accounts held with Internet Service Providers or of Internet use; and

7. Documents and tangible objects relating to TransOcean Aviation; VTS, Inc., (a/k/a Vose Technical Systems, Inc.); Taos Industries, Inc.; and/or TTE International, Inc.

## DEFINITIONS

For purposes of this attachment:

1. The phrase "documents and tangible objects" includes all of the foregoing items in whatever form they may have been created or stored, including all data contained or used in electronic data processing storage disks and computers, and including documents or other items stored in containers such as a safe or briefcase;

2. The phrase "Maverick companies" includes Maverick Aviation Inc., Maverick Aviation International, Maverick Aviation Corporation, MAC International LLC, and any other corporation with the word "Maverick" in the name.