IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NO. 1:06-CR-66-WSD |
| | : | |
| JEFFREY HOWARD STAYTON and | : | |
| WILLIAM CURTIS CHILDREE, | : | |
| Defendants. | : | |

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

COMES NOW the United States of America, by and through undersigned counsel, and respectfully requests that the Court elicit answers to the following questions from the jury venire in the above-captioned case.

Case-Specific Questions

1.  Does any member of the panel know or has any member had any dealings with either of the defendants in this case or with any member of one of the defendants' families or friends on either a personal or professional basis? If so, who, and in what capacity?

2.  Do you know or have you had any dealings with any of the following persons or members of their families?

    (a)  Counsel for the United States: Shaun Palmer, Matthew Stennes, or Mariclaire Rourke?

    (b)  Special Agent Jennifer Bryan, United States Department of the Army, Criminal Investigation Division?

  (c) Counsel for defendants: Joseph Van Heest and Stephen Glassroth?

  (d) The following people who may be witnesses called to testify during the trial: [a list will be provided prior to jury selection]?

3. Have you ever served on a jury panel where any party was represented by one or more of the lawyers in this case?

4. Have you, any member of your family, or any close friend ever been employed by the United States Department of Justice?

5. Have you, any member of your family, or any close friend ever been employed by any law enforcement agency—local, state or federal?

6. Have you, any member of your family, or any close friend ever been employed by Maverick Aviation; Research Analysis and Management, Inc. (RAM); Cobro, Inc.; Doss Aviation; or any other company that would be considered a "defense contractor?"

7. Have you read or heard anything about this case or about either defendant from any source whatsoever? If so, have you formed an impression or opinion as to the merits of this case? Would that opinion prevent you from maintaining an open, impartial mind until all of the evidence is presented and the instructions of the Court are given?

<u>General Questions</u>

8. Have you, any member of your family, or any close friend ever attended law school?

9. Have you, any member of your family, or any close friend ever been employed by a law firm or other organization that participates in the defense of criminal cases? If so, please state their names, the type of law they practice, and the location of their practice. If that individual was or is so employed, do you often discuss his or her job?

10. Have you, any member of your family, or any close friend ever been involved in a legal dispute with the government or any agency of the government?

11. Have you ever served on a grand jury in either state or federal court? If so, did anything happen during your service as a grand juror that would influence you in any way in this case?

12. Have you ever served as a juror at the trial of a criminal case in either state or federal court? If so, in what court did you serve as a juror, what charges were involved in the trial, and what was the result of the trial? Did anything happen during your prior jury service that would influence you in any way in deciding this case?

13. Do you have any religious or moral beliefs that would prevent you from judging the conduct of another person?

14. Would you tend to give greater or lesser weight to the testimony of a law enforcement officer simply because he or she is a law enforcement officer?

15. Do you have any reservations about prosecutors, law enforcement agents, or other law enforcement personnel that would prevent you from rendering a fair and impartial verdict in this case?

16. Do you have any reservations about the administration of United States laws pertaining to fraud against the government, corruption of public officials, or obstruction of criminal investigations?

17. Do you or any relatives or close friends now have or have you or any relatives or close friends ever had any disputes with the United States military?

18. Are you or any of your relatives or close friends current or former members of the military? Do you have any opinion about the military in general, or current or former members

of the military, that would prevent you from rendering a fair and impartial verdict in this case?

19. Are you or any of your relatives or close friends currently or have you or any of your relatives or close friends ever been a government contractor?

20. Have you or any of your relatives or close friends been involved in any way with a government contract, whether it be a military contract or other government contract?

21. Do you have any personal beliefs that would prevent you from being a fair and impartial juror in this case or that would prevent you from sitting in judgment of another?

22. Which newspapers or magazines do you typically read?

23. Which television shows do you most frequently watch?

24. Are you able to decide this case solely on the evidence presented in this courtroom, applying the law as given to you by the Court, and are you able to decide this case without bias, prejudice, or sympathy?

25. Is there any reason why you would not be able to reach a fair and impartial verdict based solely upon evidence submitted during the trial and the instructions that the Court gives you?

26. I am going to instruct you that jurors are to make determinations of fact and are to act as judges of the facts based on what they see and hear presented in the course of a trial. Do you have any reason why you will not be able to follow my instructions and base your decisions solely on the evidence presented to you in the courtroom?

27. I am going to instruct you that you should keep an open mind and should not form or state any opinion about the case one way or another until you have heard all of the evidence and have had the benefit of the closing arguments of the lawyers as well as the judge's instructions to you on the applicable law. Do you have any reason why you will not be able to follow my

instructions?

28. I am going to instruct you that an indictment in a criminal case is merely the accusatory paper that states the charge or charges to be determined at trial, but it is not evidence against the defendants or anyone else. Do you have any reason why you will not be able to follow my instructions and then base your decisions solely on the evidence presented to you in the courtroom?

29. I am going to instruct you that the defendants have entered pleas of "not guilty" and are presumed by the law to be innocent and that the government has the burden of proving a defendant guilty beyond a reasonable doubt, and if it fails to do so you must find that defendant not guilty. Do you have any reason why you will not be able to follow my instructions and then base your decisions solely on the evidence presented to you in the courtroom?

30. Do you understand that during the course of the trial an attorney is not permitted to speak to the jurors and, therefore, if you see an attorney in the hall or on the street you should not hold it against the attorney if he or she does not acknowledge you or speak to you?

Potentially Sensitive/Personal Questions

Please do not rise until all the questions have been asked.

31. Have you, any member or your family, or any close friend ever been a victim of a crime?

32. Have you, any member or your family, or any close friend ever been accused of criminal conduct or ever been the subject of a criminal investigation?

33. Have you, any member or your family, or any close friend had any problem concerning the abuse of any legal or illegal drug?

34. Have you, any member or your family, or any close friend ever been a witness for the

prosecution or defense in a criminal case?

If you answered "yes" to any of the foregoing questions, please stand and you will be permitted to answer at the bench where other members of the panel cannot hear you.

<u>Concluding Question</u>

35. Do you know of any reason why you could not sit with absolute impartiality to both sides in this case?

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section<br><br>BY:   s/ Matthew L. Stennes<br>       Shaun M. Palmer<br>       Matthew L. Stennes<br>       Trial Attorneys<br>       Criminal Division, Public Integrity Section<br>       U.S. Department of Justice<br>       10th Street & Constitution Avenue, NW<br>       Washington, DC 20530<br>       Phone: (202) 514-1412<br>       Fax: (202) 514-3003<br>       Email: shaun.palmer@usdoj.gov<br>              matthew.stennes@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |

**CERTIFICATE OF SERVICE**

      I hereby certify on this 9th day of November 2007, that I filed by ECF the attached document, which automatically served copies upon:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL 36104
(334) 263-3551.

                                              RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section |
| BY:   s/Shaun M. Palmer<br>       Shaun M. Palmer<br>       Matthew L. Stennes<br>       Trial Attorneys<br>       U.S. Department of Justice<br>       Criminal Division<br>       Public Integrity Section<br>       10th Street & Constitution Avenue, NW<br>       Washington, DC 20530<br>       Phone: (202) 514-1412<br>       Fax: (202) 514-3003<br>       Email: shaun.palmer@usdoj.gov<br>              matthew.stennes@usdoj.gov | 10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>Email: mariclaire.rourke@usdoj.gov |