IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| vs. : | |
| : | DOCKET NO. |
| : | 1:06-CR-66-WSD |
| JEFFREY HOWARD STAYTON and : | |
| : | UNDER SEAL |
| WILLIAM CURTIS CHILDREE, : | |
| : | |
| Defendants. : | |
| _____ : | |

## GOVERNMENT'S CIPA SECTION 6(a) MOTION CONCERNING THE USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION

RESPECTFULLY SUBMITTED,

William M. Welch II
Chief
Public Integrity Section

BY: s/ Shaun M. Palmer
Shaun M. Palmer
Matthew L. Stennes
Trial Attorneys
Criminal Division, Public Integrity Section
10th Street & Constitution Avenue, NW
Washington, DC 20530
Phone: (202) 514-1412
Fax: (202) 514-3003
Email: shaun.palmer@usdoj.gov
          matthew.stennes@usdoj.gov

Mariclaire Rourke
Trial Attorney
U.S. Department of Justice
National Security Division
Counterespionage Section
10th St. & Constitution Ave., NW
Washington, DC 20530
Phone: (202) 514-1187
Fax: (202) 514-2836
mariclaire.rourke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify on this 16th day of November 2007, that I filed with the Court the foregoing document and provided a copy to the Court Security Officer who will provide a secure copy to the following:

Stephen R. Glassroth, Esq.
William A. Bootle U.S. Courthouse
475 Mulberry Street
PO Box 996
Macon, GA 31202-0996
(478) 743-4747

Joseph P. Van Heest, Esq.
Law Office of Joseph P. Van Heest, LLC
402 South Decatur Street
Montgomery, AL  36104
(334) 263-3551

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| William M. Welch II<br>Chief<br>Public Integrity Section<br><br>BY:  s/ Shaun M. Palmer<br>Shaun M. Palmer<br>Matthew L. Stennes<br>Trial Attorneys<br>Criminal Division, Public Integrity Section<br>10th Street & Constitution Avenue, NW<br>Washington, DC 20530<br>Phone: (202) 514-1412<br>Fax: (202) 514-3003<br>Email: shaun.palmer@usdoj.gov | Mariclaire Rourke<br>Trial Attorney<br>U.S. Department of Justice<br>National Security Division<br>Counterespionage Section<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530<br>Phone: (202) 514-1187<br>Fax: (202) 514-2836<br>mariclaire.rourke@usdoj.gov |