# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| **vs.** | * | Cr. No. 1:06CR66-WSD |
| | * | |
| **JEFFREY HOWARD STAYTON, and** | * | |
| **WILLIAM CURTIS CHILDREE,** | * | |
| | * | |
| **Defendants.** | * | |

### DEFENDANT CHILDREE'S PROPOSED VERDICT FORM

Comes now William Curtis Childree who, by undersigned counsel, hereby submits his proposed verdict form use by the Court.

Respectfully submitted,

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 207-3418 (fax)
steve.glassroth@gmail.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on November 18, 2007, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

                                                s/Stephen R. Glassroth
                                                STEPHEN R. GLASSROTH
                                                Counsel for William Curtis Childree
                                                AL Bar Code: GLA005
                                                Post Office Box 996
                                                Macon, Georgia 31202-0996
                                                (478) 743-4747
                                                (478) 207-3418 (fax)
                                                steve.glassroth@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| vs. | * | Cr. No. 1:06CR66-WSD |
| | * | |
| **JEFFREY HOWARD STAYTON, and** | * | |
| **WILLIAM CURTIS CHILDREE,** | * | |
| | * | |
| **Defendants.** | * | |

## **VERDICT**

As to Count 1 of the Indictment, WE THE JURY find the defendant William Curtis Childree:

        Not Guilty  _____

        Guilty  _____


As to Count 2 of the Indictment, WE THE JURY find the defendant William Curtis Childree:

        Not Guilty  _____

        Guilty  _____


As to Count 4 of the Indictment, WE THE JURY find the defendant William Curtis Childree:

        Not Guilty  _____

        Guilty  _____


_____
FOREPERSON