IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 1:06-cr-66-WSD-CSC |
| JEFFREY HOWARD STAYTON<br>WILLIAM CURTIS CHILDREE, | |
| Defendants. | |

### CERTIFICATION REGARDING SECURITY OF COURTROOM FOR CLOSED HEARING

Pursuant to the requirements established by the Chief Justice of the United States regarding the Classified Information Procedures Act of 1980, Pub. L. 96-456, 94 Stat. 2025, specifically section 3 concerning secure quarters ("Prior to any hearing or other proceeding, the court security officer shall certify in writing to the court that the quarters are secure") the undersigned duly appointed court security officer certifies in writing to the court that the courtroom has been secured for the

portion of the hearing the court has ordered to be held *in camera*, pursuant to section 6 of the Classified Information Procedures Act of 1980.

Dated this 28th day of November, 2007.

                                          Daniel O. Hartenstine
                                          Security Specialist
                                          Litigation Security Section
                                          United States Department of Justice