IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY HOWARD STAYTON,<br>and<br>WILLIAM CURTIS CHILDREE,<br><br>    Defendants. | 1:06-cr-66-WSD<br><br>UNDER SEAL |

**NOTICE OF OPINION AND ORDER**

The Court has filed under seal an Opinion and Order regarding the use, relevance, and admissibility of certain evidence deemed by the Government to be classified, pursuant to Section 6(a) of the Classified Information Procedures Act, 18 U.S.C. App. 3 § 6(a).  The Court Security Officer will disseminate the Order to the parties.

**SO ORDERED** this 30th day of November 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE