IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )<br>)<br>JEFFREY HOWARD STAYTON         )<br>WILLIAM CURTIS CHILDREE          ) | CRIMINAL ACTION NO.<br>1:06-cr-66-WSD-CSC |

## ORDER

The defendant has been found guilty of a criminal offense in accordance with the Constitution and the laws of the United States. Accordingly, it is ORDERED as follows:

1. Sentencing of the defendant is hereby set on **Thursday, February 28, 2008, at 10:00 a.m.**, Courtroom 2D, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

2. In accordance with Rule 32(f)(1), *Federal Rules of Criminal Procedure*, counsel for the defendant and the Government shall communicate in writing to the probation officer, and to each other, any objections they have as to any material information, sentencing classifications, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report. The probation officer will notify parties of the objection deadline and will schedule a conference to discuss and resolve, if possible, any factual and legal issues contained in the presentence report.

3. Any motion for downward departure shall be filed on or before the conference date with the probation officer, unless based on unknown and unforeseen circumstances arising after that date, in which case the motion must be filed promptly upon discovery of such circumstances.

4. Sentencing memorandum and any other information that a party wants the Court to consider in connection with sentencing of the defendant shall be submitted to the Court and served on opposing counsel three (3) business days before the date set for sentencing and any response to such sentencing memorandum shall be submitted one (1) business day before sentencing. A party who intends to present evidence at sentencing shall, three business days before sentencing, advise the Court and opposing counsel of the identity of such witness(es) and the estimated length of the testimony of each witness expected to be called.

Nothing contained in this Order shall be construed as impairing the rights of any party as established in the Constitution or laws of the United States.

DONE this 5th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE