

# UROLOGICAL ASSOCIATES of DOTHAN, P.A.

Rube R. Hundley, M.D.
William C. Shelor, Jr., M.D.
Joseph C. Clements, M.D.
Mark W. Fischer, M.D.
Jonathan G. Vukovich, M.D.
John C. Peacock, Jr., M.D.
Robert W. Schuyler, M.D.
Alan C. McCool, M.D.
Joseph J. Phillips, M.D.

*Urology - Impotency - Male Infertility*

April 2, 2008

A. Lamar Miller, Jr., M.D. (Ret.)
Jack D. Real, M.D. (Ret.)

Mailing Address:
Doctors' Building, Suite 500
1118 Ross Clark Circle
Dothan, Alabama 36301-3039
Telephone: (334) 794-4159

To Whom It May Concern

RE: William Childree
DOB: 6/29/38

To Whom It May Concern:

Mr. Childree was seen in the office today in follow up for bladder cancer. He was noted to have a recurrence which will require surgery. He has been tentatively scheduled for 4/16/08 and the surgery is a medical necessity.

Please note the fact that during his period of confinement that he will need continued follow up consisting of at least examinations every 3 months and possibly more intensive therapy which might be rendered on a weekly basis in order to treat and prevent further recurrence of this bladder cancer.

Thank you for your consideration in this matter.

Sincerely yours,

Joseph C. Clements, M.D.

JCC/mjs

MEDICAL CENTER OFFICE
Doctors' Building
1118 Ross Clark Circle, Suite 500
Dothan, Alabama 36301-3039
Telephone: (334) 794-4159
Fax: (334) 792-7019

FLOWERS HOSPITAL OFFICE
Doctors' Center
4300 West Main Street, Suite 300
Dothan, Alabama 36305-6383
Telephone: (334) 794-4159
Fax: (334) 792-1974