# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs.  ) | CR. NO. 2:06cr66-WSD |
| ) | |
| WILLIAM CURTIS CHILDREE ) | |

## DEFENDANT CHILDREE'S UNOPPOSED MOTION TO DELAY DATE FOR REPORTING TO BEGIN SERVING SENTENCE

Comes now William Curtis Childree, by undersigned counsel, who moves the Court, without opposition from the government, for the entry of an order granting him thirty additional days within which to report to begin serving the sentence imposed by the Court due to the discovery of a recurrence of the bladder cancer for which Mr. Childree received treatment between the dates of the return of the jury's verdict in this case and sentencing. In support of this motion, the following is shown to the Court:

1. On February 28, 2008, sentence was pronounced in Mr. Childree's case. The Court's judgement, *inter alia*, requires that he serve twenty-seven months confinement. The Court ordered that Mr. Childree begin serving his sentence by self-reporting to the institution to which he was designated by the Bureau of Prisons on April 15, 2008.

2. On April 2, 2008, Mr. Childree had a scheduled follow-up examination following the surgical procedure he underwent for treatment of bladder cancer which was discovered following the trial of this cause. At the follow-up examination a recurrence of the bladder cancer was discovered and his treating physician has tentatively scheduled another surgical procedure for April 16, 2008, in an

**MOTION GRANTED**

THIS __10th__ DAY OF __April__, 20 __08__

__/s/ WILLIAM S. DUFFEY, JR.__
UNITED STATES DISTRICT JUDGE

effort to arrest the bladder cancer. A copy of the letter written by Mr. Childree's treating physician accompanies this motion.

3. Given the recuperative period which Mr. Childree went through for the first bladder cancer surgical procedure, he believes a thirty day recovery period will be sufficient for him to be able to report to commence service of his sentence and, according to Mr. Childree, his physician concurs in that judgment. Therefore, Mr. Childree is requesting that he be permitted to report to the institution to which he has been designated on May 15, 2008.

4. On April 7, 2008, undersigned counsel conferred by telephone with Mr. Matthew Stennes, one of the government's counsel in this matter, and discussed Mr. Childree's health and this request with him. Mr. Stennes informed counsel that the United States was not opposed to the Court granting the relief sought herein and authorized undersigned counsel to make that fact known to the Court.

WHEREFORE, Mr. Childree prays the Court will consider the matter raised herein and, after due coinsideration, enter its order granting him until May 15, 2008, to report to the institution to which he has been designated to begin service of his sentence.

Respectfully submitted,

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 207-3418 (fax)
steve.glassroth@gmail.com

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on April 8, 2008, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

                                                s/Stephen R. Glassroth
                                                STEPHEN R. GLASSROTH
                                                Counsel for William Curtis Childree
                                                AL Bar Code: GLA005
                                                Post Office Box 996
                                                Macon, Georgia 31202-0996
                                                (478) 743-4747
                                                (478) 207-3418 (fax)
                                                steve.glassroth@gmail.com