IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:06CR000066-002 |
| | ) |
| WILLIAM CHILDREE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

BY:   /s/ R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        BAR NO.  9083-E56R
        P.O. Box 197
        Montgomery, AL   36101
        Telephone No.:  (334) 223-7280
        Facsimile No.:   (334) 223-7201
        E-Mail:  **rand.neeley@usdoj.gov**

Dated: April 22, 2008

Judgment Dated  February 28, 2008

Judge: William S. Duffey, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon **William Childree**, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 404 Pebble Creek Lane, Enterprise, AL  36330, this the 22nd  day of April , 2008.

/s/ R. Randolph Neeley
Assistant United States Attorney

Post Office Box 197
Montgomery, AL 36101
Office:  (334)  223-7280
   Fax:  (334) 223-7201