AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: WILLIAM CURTIS CHILDREE
CASE NUMBER: 1:06CR66-WSD-02

Judgment — Page 2 of 31

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Twenty seven (27) months. This term consists of 27 months on each count to run concurrently.

**RETURNED AND FILED**
**MAY 30 2008**
**CLERK**
**U.S. DISTRICT COURT**
**MIDDLE DIST. OF ALA.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  X before 2 p.m. on  April 15, 2008
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  May 15, 2008  to  LSCI Butner
at  Butner NC , with a certified copy of this judgment.

Tracy W. Johns, Warden
UNITED STATES MARSHAL

By  Terri Campbell, LIE
DEPUTY UNITED STATES MARSHAL