IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:06cr66-WSD |
| | ) | |
| WILLIAM CURTIS CHILDREE | ) | |

**DEFENDANT CHILDREE'S MOTION FOR RETURN OF PROPERTY POSTED AS SECURITY FOR RELEASE**

Comes now William C. Childree, by undersigned counsel, who moves the Court for the entry of an order directing the Clerk of this Court to return the quitclaim deed to defendant's home which was posted as security to secure the release of the defendant following the jury's guilty verdict. In support of the motion, the following is shown to the Court:

1. In an indictment returned on March 1, 2006, Mr. Childree was charged honest services wire fraud and bribery.

2. At arraignment, the judicial officer entered an order directing Mr. Childree's release on a variety of conditions, including the execution of an unsecured bond in favor of the United States to secure his appearance as required. Mr. Childree remained released on the conditions established by the judicial officer through trial.

3. Following the jury's verdict of guilty on the honest services wire fraud counts the Court imposed a new condition of release which required that Mr. Childree post security, in the form of a quitclaim deed to his residence, in order to remain released pending imposition of sentence. Mr. Childree and his wife executed the required quitclaim deed and filed the same with the Clerk of this Court.

4. On February 28, 2008, the Court imposed sentence upon Mr. Childree and permitted him to report to the Bureau of Prisons facility to which he was to be designated by April 15, 2008, without first being taken into custody.

5. Due to a medical condition the Court, upon motion of Mr. Childree, later delayed the date for him to report to the Bureau of Prisons institution to which he was designated to May 15, 2008.

6. Mr. Childree timely reported to the Bureau of Prisons institution as required on May 15, 2008, and the judgment showing that he so reported was returned and filed with the Clerk of this Court on May 30, 2008.

7. By reporting to the institution to which he was designated for service of the sentence imposed by the Court, Mr. Childree fully complied with the order of the Court setting the terms of his release and reporting. Mr. Childree now seeks an order directing the return of the quitclaim deed to his wife so that there will be no encumbrances on the property. With full compliance by Mr. Childree of the terms and conditions of his release and reporting, there is no longer a reason for the quitclaim deed to remain in the possession of the Clerk.

WHEREFORE, Mr. Childree prays the Court will consider the matter set forth herein and, after due consideration, enter its order directing the Clerk of this Court to release the quitclaim deed so that the same may be returned to Mr. Childree's wife.

Respectfully submitted,
s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747

(478) 207-3418 (fax)
sglassroth@ymail.com

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on July 3, 2008, the foregoing document was electronically filed the with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

s/Stephen R. Glassroth
STEPHEN R. GLASSROTH
Counsel for William Curtis Childree
AL Bar Code: GLA005
Post Office Box 996
Macon, Georgia 31202-0996
(478) 743-4747
(478) 207-3418 (fax)
sglassroth@ymail.com