IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 1:06cr66-WSD |
| ) | |
| WILLIAM CURTIS CHILDREE ) | |

## ORDER

Upon consideration of the motion for return of property posted as bond (doc. # 150) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

The Clerk of the Court is DIRECTED to release the quitclaim deed to the receipt holder for return to the defendant's wife.

Done this 14th day of July, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE